**DRAKE LAW FIRM**
Benjamin Drake (SBN 243207)
Kamau Edwards (SBN 230826)
19935 Ventura Blvd., Suite 202
Woodland Hills, California 91364
Tel.: (888) 315-5721
Email: *lemondaddy@drakelawgroup.com*

Attorneys for Plaintiff,
**EDJUAN JONES**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (Bar No. 271294)
Nathaniel R. Cowden (Bar No. 314983)
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Mercedes-Benz USA, LLC

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDJUAN JONES, an individual,**<br><br>    Plaintiff,<br>  v.<br><br>**MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>    Defendants. | Case No.: 2:24-cv-2858-JFW-BFM<br><br>(Removed from Superior Court of California, County of Los Angeles, Case No. 24STCV05698)<br><br>Assigned for All Purposes to the Honorable John F. Walter<br><br>**[PROPOSED] ORDER**<br><br>Action Filed: March 7, 2024<br>Trial Date: Not Set |

- 1 -
_____
**JOINT STIPULATION TO REMAND
ACTION TO STATE COURT; ORDER THEREON**

**ORDER**

On April 23, 2024, the Parties to the above-referenced action filed a Stipulation to Remand Action to State Court. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:24-cv-2858-JFW-BFM styled **EDJUAN JONES,** v. **MERCEDES-BENZ USA, LLC,** is hereby remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: __**April 24, 2024**__

_____
The Honorable John F. Walter
UNITED STATES DISTRICT JUDGE